# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA GESKEY | : | No. 3:18-cv-00249- |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL | : | |
| Acting Commissioner of Social Security | : | |
| Defendant | : | |

FILED
SCRANTON

NOV 16 2018

PER _____
DEPUTY CLERK

## ORDER

AND NOW, to wit this 16th day of November, 2018 upon consideration of the uncontested motion of the plaintiff to dismiss with prejudice it is hereby ORDERED that the within action is DISMISSED WITH PREJUDICE.

BY THE COURT: